UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

LEE LUCAS (#338382)

VERSUS

BILLY CANNON, ET AL

CIVIL ACTION

NO. 12-229-SDD-RLB

## RULING AND ORDER OF DIMISSAL

The court has carefully considered the petition, the record, the law applicable to this action, and the *Report and Recommendation* of United States Magistrate Judge Richard L. Bourgeois, Jr. dated July 26, 2013. Plaintiff has filed an objection which the Court has considered.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the court's opinion herein.

Accordingly, the Court declines to exercise supplemental jurisdiction over the Plaintiff's state law claims. Further, Defendants' *Motion to Dismiss* (Rec. Doc. 19) is granted, dismissing Plaintiff's claims asserted against Defendants, with prejudice, for failure to state a claim upon which relief may be granted.

Baton Rouge, Louisiana, August  *13* , 2013.

SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA